**IT IS ORDERED as set forth below:**

Date: June 08, 2010

_____
**Robert E. Brizendine**
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>Debtor(s):  ARTURO AMORES CAMPOMANES<br>EDITHA AGUILERA CAMPOMANES | CASE NO. 09-91708-REB<br><br>CHAPTER 13 |
| Movant: U.S. BANK, NA, ITS SUCCESSORS AND/OR ASSIGNS<br><br>Co-Debtor(s):<br><br>Property: 608 Cliff Lake Trail<br>            Stockbridge, GA   30281 | |

ORDER INCORPORATING STIPULATION ON MOTION FOR RELIEF FROM STAY

Movant has filed a Motion for Relief from Stay with regard to the property described in the attached Stipulation.

After notice and opportunity to be heard, it is hereby ORDERED that the attached Stipulation between the parties is made the Order of the Court.

**END OF DOCUMENT**

**PRESENTED BY:**

By: /s/William J. Layng, Jr.
William J. Layng, Jr.
Georgia Bar Number 441550
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA  30346
770-392-0303
blayng@penderlaw.com
Attorney for Movant
Firm File Number: 10-02719

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>Debtor(s):  ARTURO AMORES CAMPOMANES<br>EDITHA AGUILERA CAMPOMANES | CASE NO. 09-91708-REB<br><br>CHAPTER 13 |
| Movant: U.S. BANK, NA, ITS SUCCESSORS AND/OR ASSIGNS<br><br>Co-Debtor(s):<br><br>Property: 608 Cliff Lake Trail<br>         Stockbridge, GA   30281 | |

STIPULATION ON MOTION FOR RELIEF FROM STAY (AND FROM CODEBTOR STAY, IF APPLICABLE), AND MOTION TO MAKE STIPULATION AN ORDER OF THE COURT

A Motion for Relief from Stay with regard to the Property described above was scheduled for hearing on May 13, 2010. The parties hereby stipulate that the motion is settled as follows:

1. The total post-petition arrearage due to Movant is $7,252.48 which consists of the March 1, 2010 through May 1, 2010 contractual monthly payments of $2,184.16, $700.00 for attorney fees and costs.

2. The arrearage shall be paid as follows:

    ☒ Debtor(s) shall tender $4,000.00 by no later than end of business May 26, 2010 or the stay will be lifted upon the submission by Movant of an Affidavit advising of same.

    Movant acknowledges receipt of _____.

    ☐ Debtor is entitled to a credit of _____ for funds in his/her suspense account.

    ☒ Debtor(s) shall resume timely post-petition payments to Movant with the payment due June 1, 2010

☒ Beginning <u>June 15, 2010</u>, Debtor(s) shall pay an additional <u>$425.41</u> per month, and shall continue to pay said amount on the same day of each subsequent month, for a total of <u>6</u> months.

☒ Movant shall be authorized to file a supplemental or amended proof of claim, as appropriate, to have the sum of <u>$700.00</u> paid by the Trustee. This claim shall be paid in accordance with the plan. If the plan does not provide for this claim, then the claim shall be paid after all secured claims receiving a set payment are paid in full.

3. THE PARTIES AGREE TO THE FOLLOWING STRICT COMPLIANCE PROVISIONS:

☒ Should Debtor(s) default in payment of any sums specified or in any regular monthly mortgage payments which come due to Movant for the strict compliance period specified in Paragraph 4, then upon notice of default sent by first class mail to Debtor(s) and Debtor(s)'s attorney and failure of Debtor(s) to cure such default within 10 days from date of receipt of such notice, Movant may file a motion and Affidavit of default, with service upon Debtor(s) and Debtor(s)'s attorney and the Trustee, and the Court may enter an order lifting the automatic stay, without further notice or hearing.

☐ There appears to be equity in the property. Therefore, should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due to Movant during the strict compliance period specified in Paragraph 4, then upon notice of default sent by first class mail to Debtor(s), Debtor(s)'s attorney and the Trustee, and failure of Debtor(s) to cure such default within 10 days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s), Debtor(s)'s attorney and the Trustee. If no motion to convert case, motion to sell, response disputing the factual allegations of the motion, or response alleging some extraordinary circumstances comparable to those contemplated by Fed. R. Civ. P. 60(b), is filed within 20 days from the date of service of the motion and affidavit of default, then the Court may enter an Order lifting the automatic stay, without further notice or hearing.

☐ _____
_____

4. Strict compliance hereunder shall be in force:

    ☐    While the arrearage remains uncured.

    ☒    For a period of 6 months from the date of entry of an Order incorporating this Stipulation.

    ☐    While this case remains pending.

    ☐    For the life of the plan.

    ☐    _____
_____

5. In the event relief from stay is granted:
1) any surplus funds realized from foreclosure otherwise payable to the Debtor(s) shall be paid to the Trustee for the benefit of the Estate; and
2) the Trustee shall cease funding the balance of Movant's pre-petition arrearage claim and Movant's amended or supplemental claims, if any.

6. Other:
_____
_____

7. ☐  The parties stipulate that the codebtor(s) did not appear.

☐  The Motion does not seek relief from the codebtor stay.

☐  The codebtor stay shall remain in effect.

By their signatures below, the parties consent to the terms of this Stipulation and move the Court to enter an Order making this Stipulation an Order of the Court.

Dated: June 7, 2010

| **PRESENTED BY:** | **CONSENTED TO BY:** | |
|---|---|---|
| By: /s/William J. Layng, Jr. | /s/Lucretia Scruggs | /s/Adam M. Goodman |
| William J. Layng, Jr. | Signed with express | Signed with express |
| Georgia Bar Number 441550 | permission by William J. | permission by William J. |
| South Terraces, Suite 1000 | Layng, Jr. | Layng, Jr. |
| 115 Perimeter Center Place | E. L. Clark, Esq. | Adam M. Goodman, Esq. |
| Atlanta, GA  30346 | Georgia Bar No. 371008 | Georgia Bar No. 300887 |
| 770-392-0303 | Clark & Washington, P.C. | Adam Goodman, Attorney at |
| blayng@penderlaw.com | 3300 Northeast Expwy. | Law |
| Attorney for Movant | Bldg.3, Ste. A | Atlanta, GA  30303 |
| Firm File Number: 10-02719 | Atlanta, GA  30341 | 678-510-1444 |
| | Attorney for Debtor | Trustee |

DISTRIBUTION

Adam M. Goodman, Esq.
Adam Goodman, Attorney at Law
260 Peachtree St., Suite 200
Atlanta, GA  30303

E. L. Clark, Esq.
Clark & Washington, P.C.
3300 Northeast Expwy.
Bldg.3, Ste. A
Atlanta, GA  30341

Arturo Amores Campomanes
608 Cliff Lake Trail
Stockbridge, GA  30281

William J. Layng, Jr.
Pendergast & Associates, P.C.
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA  30346